Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 JUN 25 PM 2:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ CP ___

Gregory Pierro

        Plaintiff,

vs

JOSHUA YOUNG, an individual,
JOHN CLARK, an individual, and
DOES 1 through 20, inclusive,

        Defendants.

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 1136 J WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gregory M. Garrison
GARRISON & McINNIS, L.L.P.
2650 Camino del Rio North, Suite 108, San Diego, California 92108   Telephone: (619) 299-4877

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN 2 5 2008

_____  
W. Samuel Hamrick, Jr.  
CLERK

_____  
DATE

By C. PUTTMANN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)