| | | |
|---|---|---|
| *Attorney or Party without Attorney:* <br> GREGORY M. GARRISON, ESQ., Bar #165215 <br> GARRISON & MCINNIS, L.L.P. <br> 2650 CAMINO DEL RIO NORTH <br> SUITE 108 <br> SAN DIEGO, CA 92108 <br> *Telephone No:* 619-299-4877 | | *For Court Use Only* |

*Attorney for:* Plaintiff — *Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court, Southern District Of California

*Plaintiff:* GREGORY PIERRO

*Defendant:* JOSHUA YOUNG

| **PROOF OF SERVICE** <br> **SUMMS IN CIV. ACTION** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 08 CV 1136 JWMC |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT.

*3.  a. Party served:*                                 JOSHUA YOUNG, AN INDIVIDUAL

*4.  Address where the party was served:*          3855 MISSION AVENUE <br> OCEANSIDE, CA 92058

*5.  I served the party:*
   b. **by substituted service.** On: Wed., Jul. 02, 2008 at: 2:40PM by leaving the copies with or in the presence of: <br>                    EDWARD STOKES, COURT LIASON OFFICER.
   (1) **(Business)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

**7.  *Person Who Served Papers:***
   a. JONAS WILLIAMS

**First Legal Support Services** sm
ATTORNEY SERVICES
1111 6TH AVENUE, SUITE 204
San Diego, CA 92101
(619) 231-9111, FAX (619) 231-1361

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d.  *The Fee for Service was:* $30

e.  I am: (3) registered California process server
   *(i)*   Independent Contractor
   *(ii)*  *Registration No.:*      4005
   *(iii)* *County:*               San Diego

*8.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Tue, Jul. 08, 2008

Judicial Council Form POS-010          PROOF OF SERVICE                    (JONAS WILLIAMS)
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMS IN CIV. ACTION                         934659.grega.144777

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| GREGORY M. GARRISON, ESQ., Bar #165215 GARRISON & MCINNIS, L.L.P. 2650 CAMINO DEL RIO NORTH SUITE 108 SAN DIEGO, CA  92108 | | | | |

Telephone No: 619-299-4877          FAX No:

| | Ref. No or File No.: |
|---|---|
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Southern District Of California

Plaintiff: GREGORY PIERRO

Defendant: JOSHUA YOUNG

| **PROOF OF SERVICE** **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: 08 CV 1136  JWMC |
|---|---|---|---|---|

1.  I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2.  I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT.

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a.  Date of Mailing:                      Thu., Jul. 03, 2008
    b.  Place of Mailing:                   SAN DIEGO, CA  92101
    c.  Addressed as follows:             JOSHUA YOUNG, AN INDIVIDUAL
                                         3855 MISSION AVENUE
                                       OCEANSIDE, CA  92058

4.  I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jul. 03, 2008 in the ordinary course of business.

5.  Person Serving:                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a.  JASON  LE BLANC                      d.  *The Fee* for Service was:
    b.  FIRST LEGAL SUPPORT SERVICES        e.  I am: Not a Registered California Process Server
        1111 6TH AVENUE
        SUITE 204
        SAN DIEGO, CA  92101
    c.  619-231-9111

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

    Date:Tue, Jul. 08, 2008

PROOF OF SERVICE
By Mail

(JASON  LE BLANC)

934659.grega.144777

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| GREGORY M. GARRISON, ESQ., Bar #165215<br>GARRISON & MCINNIS, L.L.P.<br>2650 CAMINO DEL RIO NORTH<br>SUITE 108<br>SAN DIEGO, CA 92108<br>*Telephone No:* 619-299-4877 | |

*Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Southern District Of California

*Plaintiff:* GREGORY PIERRO
*Defendant:* JOSHUA YOUNG

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08 CV 1136 JWMC |
|---|---|---|---|---|

1. I, JONAS WILLIAMS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JOSHUA YOUNG, AN INDIVIDUAL as follows:

2. *Documents:*     SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/30/08 | 4:30pm | Business | THE SUBJECT WAS NOT IN PER FRONT DESK. THEY ALSO STATED THAT WE SHOULD CONTACT THE OFFICE OF ED STOKES FOR SERVICE IN CASE THE SUBJECT IS UNAVAILABLE FOR SERVICE SO THAT HE CAN ACCEPT SERVICE ON SUBJECT'S BEHALF. Attempt made by: JONAS WILLIAMS. Attempt at: 3855 MISSION AVENUE  OCEANSIDE CA 92058. |
| Tue | 07/01/08 | 11:55am | Business | THE SUBJECT WAS NOT IN PER FRONT DESK. Attempt made by: R.T. HANSELL. Attempt at: 3855 MISSION AVENUE  OCEANSIDE CA 92058. |
| Wed | 07/02/08 | 1:40pm | Business | MR. STOKES WAS NOT IN. THEY STATED HE WOULD BE BACK AROUND 2:30PM. Attempt made by: JONAS WILLIAMS. Attempt at: 3855 MISSION AVENUE  OCEANSIDE CA 92058. |
| Wed | 07/02/08 | 2:40pm | Business | Substituted Service on:  JOSHUA YOUNG, AN INDIVIDUAL Business - 3855 MISSION AVENUE OCEANSIDE, CA. 92058  by Serving: party in item 3.a. Person of suitable age and discretion  by leaving a copy of the document(s) with: EDWARD STOKES, COURT LIASON OFFICER.. Served by: JONAS WILLIAMS |
| Thu | 07/03/08 | | | Mailed copy of Documents to:  JOSHUA YOUNG, AN INDIVIDUAL |

3. *Person Executing*
   a. JONAS WILLIAMS
   b. **FIRST LEGAL SUPPORT SERVICES**
      1111 6TH AVENUE, SUITE 204
      SAN DIEGO, CA  92101
   c. (619) 231-9111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i)   Independent Contractor
   (ii)  *Registration No.:*     4005
   (iii) *County:*               San Diego

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*