| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| GREGORY M. GARRISON, ESQ., Bar #165215<br>GARRISON & MCINNIS, L.L.P.<br>2650 CAMINO DEL RIO NORTH<br>SUITE 108<br>SAN DIEGO, CA 92108<br>Telephone No: 619-299-4877 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: GREGORY PIERRO
Defendant: JOSHUA YOUNG

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 1136 JWMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT.

3. a. Party served:                              JOHN CLARK, AN INDIVIDUAL

4. Address where the party was served:      3855 MISSION AVENUE
                                              OCEANSIDE, CA 92058

5. I served the party:
   b. **by substituted service.** On: Wed., Jul. 02, 2008 at: 2:40PM by leaving the copies with or in the presence of:
      EDWARD STOKES, COURT LIASON OFFICER.
   (1) **(Business)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:
   a. JONAS WILLIAMS

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $196.62
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 4005
      (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Jul. 08, 2008

Judicial Council Form POS-010           PROOF OF SERVICE                (JONAS WILLIAMS)
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMS IN CIV. ACTION
                                                                         934656.grega.144788

| *Attorney or Party without Attorney:* <br> GREGORY M. GARRISON, ESQ., Bar #165215 <br> GARRISON & MCINNIS, L.L.P. <br> 2650 CAMINO DEL RIO NORTH <br> SUITE 108 <br> SAN DIEGO, CA 92108 <br> *Telephone No:* 619-299-4877     *FAX No:* | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff     *Ref. No or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Southern District Of California

*Plaintiff:* GREGORY PIERRO
*Defendant:* JOSHUA YOUNG

| **PROOF OF SERVICE** <br> **By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 08 CV 1136 JWMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Thu., Jul. 03, 2008
   b. Place of Mailing:          SAN DIEGO, CA 92101
   c. Addressed as follows:      JOHN CLARK, AN INDIVIDUAL
                                 3855 MISSION AVENUE
                                 OCEANSIDE, CA 92058

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jul. 03, 2008 in the ordinary course of business.

5. Person Serving:
   a. JASON LE BLANC
   b. FIRST LEGAL SUPPORT SERVICES
      1111 6TH AVENUE
      SUITE 204
      SAN DIEGO, CA 92101
   c. 619-231-9111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Jul. 08, 2008

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   By Mail

   JASON LE BLANC

   934656.grega.144788

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| GREGORY M. GARRISON, ESQ., Bar #165215<br>GARRISON & MCINNIS, L.L.P.<br>2650 CAMINO DEL RIO NORTH<br>SUITE 108<br>SAN DIEGO, CA 92108<br>Telephone No: 619-299-4877 | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: GREGORY PIERRO
Defendant: JOSHUA YOUNG

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 1136 JWMC |
|---|---|---|---|---|

1. I, JONAS WILLIAMS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JOHN CLARK, AN INDIVIDUAL as follows:

2. Documents: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/30/08 | 4:30pm | Business | THE SUBJECT WAS NOT IN PER FRONT DESK. THEY ALSO STATED THAT WE SHOULD CONTACT THE OFFICE OF ED STOKES FOR SERVICE IN CASE THE SUBJECT IS UNAVAILABLE FOR SERVICE SO THAT HE CAN ACCEPT SERVICE ON SUBJECT'S BEHALF. Attempt made by: JONAS WILLIAMS. Attempt at: 3855 MISSION AVENUE OCEANSIDE CA 92058. |
| Tue | 07/01/08 | 11:55am | Business | THE SUBJECT WAS NOT IN PER FRONT DESK. Attempt made by: R.T. HANSELL. Attempt at: 3855 MISSION AVENUE OCEANSIDE CA 92058. |
| Wed | 07/02/08 | 1:40pm | Business | MR. STOKES WAS NOT IN. THEY STATED HE WOULD BE BACK AROUND 2:30PM. Attempt made by: JONAS WILLIAMS. Attempt at: 3855 MISSION AVENUE OCEANSIDE CA 92058. |
| Wed | 07/02/08 | 2:40pm | Business | Substituted Service on: JOHN CLARK, AN INDIVIDUAL Business - 3855 MISSION AVENUE OCEANSIDE, CA. 92058 by Serving: party in item 3.a. Person of suitable age and discretion by leaving a copy of the document(s) with: EDWARD STOKES, COURT LIASON OFFICER.. Served by: JONAS WILLIAMS |
| Thu | 07/03/08 | | | Mailed copy of Documents to: JOHN CLARK, AN INDIVIDUAL |

3. Person Executing
   a. JONAS WILLIAMS
   b. FIRST LEGAL SUPPORT SERVICES
      1111 6TH AVENUE, SUITE 204
      SAN DIEGO, CA 92101
   c. (619) 231-9111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. The Fee for service was:
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 4005
   (iii) County: San Diego

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.