# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY PIERRO,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>JOSHUA YOUNG, et al.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08cv1136-J (WMc)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

　　　　　On August 13, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Plaintiff and Jason Black, Esq. Also appearing were the named defendants John Clark and Joshua Young, Deborah Nash, Esq. and Pat Kenney.

　　　　　Settlement could not be reached in the case at this time.

　　　　　The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

　　　　　1.　　The Rule 26(f) conference shall be completed before *September 8, 2008*;

　　　　　2.　　A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before *September 22, 2008*. Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert

1   discovery; and,

2   3.   The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before

3   *September 26, 2008*;

4   4.   Counsel and parties with full settlement authority are ordered to appear ***on October

5   8, 2008,*** at ***2:00 p.m.*** in the chambers of United States Magistrate Judge William

6   McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a

7   Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

8   **Full authority to settle means that the individual present at the settlement**

9   **conference has the unfettered discretion and authority to: 1) fully explore**

10  **settlement options and to agree at that time to any settlement options; 2) agree**

11  **at that time to any settlement terms acceptable to the parties; 3) change the**

12  **settlement position of a party; and 4) negotiate monetary awards without being**

13  **restricted to a specific sum certain**.

14  Failure of any counsel or party to comply with this Order will result in the imposition of

15  sanctions.

16  IT IS SO ORDERED.

17  DATED: August 14, 2008

18

19  Hon. William McCurine, Jr.
    U.S. Magistrate Judge
20  United States District Court